AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Brownsville

United States District Court
Southern District of Texas
**ENTERED**
APR 1 5 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA
v.
**LUIS ANGEL HERNANDEZ-FAUSTO**
AKA: LUIS ANGEL HERRERA-TORRES

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: **1:99CR00412-001**
USM Number: 74237-079

☐ See Additional Aliases.

Reynaldo S. Cantu
Defendant's Attorney

**THE DEFENDANT:**
☒ admitted guilt to violation of condition(s) **Mandatory & Special** of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: Conspiracy to Possess With Intent to Distribute Marihuana | 05/10/2004 |
| 2 | Mandatory Condition: Unlawful Re-entry Into the United States After Deportation | 05/10/2004 |
| 3 | Special Condition: The Defendant is Not to Re-enter the United States Illegally | 05/10/2004 |

☐ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-None
Defendant's Date of Birth: 1978

Defendant's Residence Address:
Calle Primera De Mayo
Colonia Lazaro Cardenas #37
Matamoros, Tamaulipas
Mexico

Defendant's Mailing Address:
Calle Primera De Mayo
Colonia Lazaro Cardenas #37
Matamoros, Tamaulipas
Mexico

April 7, 2004
Date of Imposition of Judgment

Signature of Judge

**HILDA G. TAGLE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

4/14/05
Date

beg 25397

Judgment -- Page 2 of 2

DEFENDANT:   LUIS ANGEL HERNANDEZ-FAUSTO
CASE NUMBER: 1:99CR00412-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___12 months.___
Credit for time served beginning June 2, 2004.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                          _____
                                          UNITED STATES MARSHAL

                          By _____
                                        DEPUTY UNITED STATES MARSHAL

**NOTE: U.S. Marshal - This is 2 of 2 Judgments.